UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81064-CIV-SINGHAL

ORTIZ PEREZ CIPRIANO,

    Plaintiff,

v.

LJ HAYASHI JAPANESE RESTAURANT LLC,
and WEERAWAN VAIKAYEE,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** has come before the Court on Defendants' Motion to Dismiss for Failure to State a Claim (the "Motion") (DE [11]), which was filed on October 11, 2024. Plaintiff filed his Response in Opposition (DE [16]) on October 24, 2024, and Defendants rebutted with their Reply in Support of the Motion (DE [17]) on October 30, 2024.

Defendants' Motion was referred to Magistrate Judge Shaniek Mills Maynard for Report and Recommendation ("R&R"). *See* (DE [22]). The Magistrate Judge issued an R&R (DE [23]) on January 9, 2025, recommending that Defendants' Motion be denied. The Court has reviewed the record and has made a *de novo* review of the issues. Moreover, Defendants notified the Court that "they do not object and do not intend to object" to the R&R. (DE [24]).

Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that this Report and Recommendation (DE [23]) of the Magistrate Judge is **APPROVED AND ADOPTED.** Defendants' Motion to Dismiss (DE [11]) is **DENIED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of January 2025.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF